**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000437
13-OCT-2017
09:22 AM**

NO. CAAP-17-0000437

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF
LOUIS THEODORE KELIIKAHI KAANOI and ELIZABETH MARY KAANOI
REVOCABLE LIVING TRUST, AS AMENDED.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T. NO. 16-1-0269)

ORDER APPROVING THE OCTOBER 5, 2017 STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed October 5, 2017, by Trustee-Appellant Yvonne M.K. Niheu, the papers in support, and the record, it appears that (1) the appeal was docketed on July 14, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties appearing in the appeal stipulate to dismiss the appeal and that "[a]ny appellate fees and costs will be determined by the lower court"; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 13, 2017.

Chief Judge

Associate Judge

Associate Judge